1983 Form

HGD
M

# In the United States District Court
# For the Northern District of Alabama

FILED
2014 APR 30 A 1:04
U.S. DISTRICT COURT
N.D. OF ALABAMA

Michael Mays
AIS# 252583

CV-14-B-0808-M

(Enter above the full name(s) of the
Plaintiff(s) in this action)

V

Carter Davenport - Warden, et al.,
In Their Individual and Official
Capacities and for Injunctive Relief

(Enter above the full name(s) of the
Defendant(s) in this action)

I. Previous lawsuits

   A. Have you begun other lawsuits in state or federal court(s) dealing with the same facts involved in this action or otherwise relating to your imprisonment?   Yes ( )   No (✓)

   B. If you answer to A. is "yes", describe each lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuit)s) on another piece of paper, using the same outline.)

      1. Parties to this previous lawsuit

         Plaintiff(s): _____N/A_____

         Defendant)s): _____

      2. Court (if Federal Court, name the district; if State Court, name the county)

         _____N/A_____

      3. Docket Number _____N/A_____

      4. Name of judge to whom case was assigned _____N/A_____

(1)

5. Disposition (for example: Was the case dismissed? Was it appealed? Is it still pending?

   N/A

6. Approximate date of filing lawsuit ___N/A___

7. Approximate date of disposition ___N/A___

II. Place of present confinement  St. Clair Corr. Fac.

   A. Is there a prisoner grievance procedure in this institution?

   Yes ( )   No (✓)

   B. Did you present the facts relating to your complaint in the state prisoner grievance procedure?

   Yes ( )   No (✓)

   C. If your answer is YES:

   1. What steps did you take? _____

   2. What was the result? _____

   D. If your answer is NO, explain why not? I filed a personal Official Complaint to the Gov. Robert Bentley, Warden Davenport, Kim Thomas - Comm., Grant Culliver Reg. Coord. N. Dist., James Deloach Dpty. Assoc. Comm. on Jan. 28th, 2014 but to no avail did anyone respond.

III. Parties

In item A below, place your name(s) in the first blank and place your present address in the second blank. Do the same for additional plaintiffs, if any.

A. Name of plaintiff(s)  Michael Mays, AIS# 252583

Address 1000 St. Clair Rd. Springville, Alabama 35146

- 2 -

In Item B below, place the full name of the defendant in the first blank, his official position in the second blank, and his place of employment in the third blank. Use Item C for the names, positions, and places of employment of any additional defendants.

B. Defendant _Carter Davenport_

   Is employed as _Warden_

   at _St. Clair Corr. Fac. - Alabama Dep't of Corrections_

C. Additional Defendants _Gov. Robert Bentley, Kim Thomas - Comm., James Deloach - Dpty. Assoc. Comm., Grant Culliver - Reg. Coord. N. Dist., Karen Carter - Warden, Lt. Scott, Sgt. Shoebridge, Capt. Carl Sanders, Capt. Kenneth Peters, Officer Johnson, Officer Jackson, Officer McLemore and Unknown named officers_

IV. Statement of Claim

State here, as briefly as possible, the FACTS of your case. Describe how each defendant is involved. Include, also, the names of other persons involved, dates and places. *Do not give any legal arguments or cite any cases or statutes.* If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. Use as much space as you need. Attach extra sheets, if necessary.

_See Attached Statement of Claim_

_____
_____
_____
_____
_____
_____

V. RELIEF

State briefly *exactly* what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.

Request Jury Trial, Appointment of Counsel, Court Cost, Review and Change in Policies concerning Security and five Hundred Thousand Dollars Punitive Damages from each defendant individually and five Hundred Thousand Dollars Compensatory Damages from each defendant individually and Injunctive Relief and Review of Ala. Dept of Corr. at St. Clair of inmate-on-inmate Assaults in the last Ten (10) years (specifically last five (5) years)

"I declare under penalty of perjury that the foregoing is true and correct.

Executed on _____
                    (date)

Mr. Michael Mays
#252553 (02-47)
1000 St. Clair Road
Springville, Alabama
35146

_____
Signature(s)

- 4 -

Continued of page -3

## Statement of Claim

On December 20th, 2013, Institutional Lunch was summoned for N-Block where I was assigned for Living Area, as I walked through the guard shack passed Lt. Scott, Sgt. Shoebridge, officer Young and officer Jackson I was immediately stabbed in the neck and back numerous times as Lt. Scott, Sgt. Shoebridge, officer Young and officer Jackson just stood there and failed to intervene and protect leaving me to defend for myself and as I was defending myself and tussled down to the ground with inmate Charles Hasting I noticed he had the knife tied to his wrist with a string and tape, I was bleeding so bad from my neck I jumped up from the ground and begin to run and several officers begin to chase me with their batons drawn swinging them at me and spraying chemical agent (Mace for Freeze Plus) I continued to run towards the breezeway in an attempt to be allowed

(A)

Continued Statement of Claim of page - 3

to go to the infirmary as I was applying Pressure to my neck to reduce the Bleeding and officer Mclemore would not allow me in the gate to protect myself I fell to the ground holding my neck and a few minutes went by as I laid on the ground and then at that point blood was leaking so excessively that a Pool of blood begin to Surround me there were several other officers who would not help me one of the said he's dead and that's when the gate came open and I crawled inside and summoned myself to my feet and went on through to the Infirmary. every inmate here has been at a Substantial Risk of Harm and Subjected to Cruel and unusual Punishment because there has been over one Hundred (100) Inmate-on-inmate Assaults in the last five (5) years at St. Clair Including Murders In general Population and Segregation Unit as well and the lack

(B)

Continued Statement of Claim of page -3

of Security over the last Ten (10) years has Caused a hostile, violent living environment for inmates and officers and the overcrowding of inmates as well, The Gov. Robert Bentley, Kim Thomas-Comm., James Deloach-Dpty. Assoc. Comm., Grant Culliver-Reg. Coord. N.Dist., Capt. Carl Sanders, Capt. Kenneth Peters, Karen Carter-Warden, Lt. Scott and Sgt. Shoebridge all have been aware of the understaffing, Substantial Risk of harm inmates are facing, the over-crowding, excessive inmate-on-inmate Assaults, Readily access to Prison made weapons to inmates, lack of Supervisions over staff and inmates for well over five (5) years and the records and inmates will support this Claim, I almost died and am now Suffering from emotional and Mental Duress, flashbacks, insomnia, nightmares, anxiety, Severe Migraines, and aching Spinal Cord and when I filed My Complaint Officially to Gov. Bentley, Kim Thomas-Commissioner,

(c)

7

Continued Statement of Claim of page - 3

James Deloach - Dpty. Assoc. Comm., Grant Culliver - Reg. Coord. N. Dist., (Capt. Sanders, Capt. Peters, Lt. Scott and Sgt. Shoebridge) on Jan. 28, 2014 and to no avail did anyone respond and each defendant have been aware of these Constitutional Violations for over the past five (5) years.

(d)