IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE NORTHERN DISTRICT OF ALABAMA
MIDDLE DIVISION

| | |
|---|---|
| MICHAEL MAYS, ) | |
| AIS #252553, ) | |
| ) | |
| Plaintiff, ) | |
| ) | CIVIL ACTION NO.: |
| vs. ) | 4:14-cv-00808-LSC-HGD |
| ) | |
| WARDEN CARTER ) | |
| DAVENPORT, et al., ) | |
| ) | |
| Defendants, ) | |

## NOTICE OF APPEARANCE

**PLEASE TAKE NOTICE** that Thomas L. Oliver, III, an attorney with Bradley Arant Boult Cummings LLP, hereby enters his appearance as counsel on behalf of Plaintiff Michael Mays in the above-captioned action, and respectfully requests service of all pleadings, orders, motions, and all other filings regarding this matter.

Dated this the 10th day of March, 2017.

                                                   Respectfully submitted:

                                                 /s/ Thomas L. Oliver III
                                                   Thomas L. Oliver III
                                                   (ASB-8256-W15L)

**OF COUNSEL**
BRADLEY ARANT BOULT CUMMINGS LLP
One Federal Place
1819 Fifth Avenue North
Birmingham, Alabama 35203
(205) 521-8401
(205) 488-6401

## **CERTIFICATE OF SERVICE**

      I hereby certify that on March 10, 2017, I electronically filed the foregoing with the Clerk of Court using the CM/ECF System which will send notification of such filing to:

Albert S. Butler
Alabama Department of
Corrections Legal Division
P.O. Box 301501
301 South Ripley Street
Montgomery, AL  36104
*Attorney for Defendants*

                                       /s/ Thomas L. Oliver III
                                           OF COUNSEL